IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RUSSELL T. NEAL,**
    **Plaintiff,**

vs.                                  **CASE NO.: 3:06cv8/RV/MD**

**OFFICER CASSIDY, et al.,**
    **Defendants.**

___

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 22, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    The plaintiff's motion for a temporary restraining order (doc. 9) is DENIED.

    DONE AND ORDERED this 28th day of March, 2006.

                          /s/ _Roger Vinson_
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**