IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
    Plaintiff,

vs.          CASE NO.: 3:06cv8/RV/MD

OFFICER CASSIDY, et al.,
    Defendants.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 6, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    The plaintiff's second motion for a temporary restraining order (doc. 17) is DENIED.

    DONE AND ORDERED this 18th day of April, 2006.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**