IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
    Plaintiff,

vs.                               3:06cv8/RV/MD

OFFICER CASSIDY, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 8, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's <u>amended</u> third motion for a temporary restraining order (doc. 48) is DENIED.

At Pensacola, Florida, this 8th day of January, 2007.

                                                        */s/ Roger Vinson*
                                                        **ROGER VINSON**
                                                        SENIOR UNITED STATES DISTRICT JUDGE