**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

RUSSELL T. NEAL,

    VS                                                             CASE NO.  3:06cv8/RV/MD

OFFICER CASSIDY, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 29, 2006
Type of Motion/Pleading: MOTION TO ENFORCE PETITIONS FOR DISCOVERY (DOC 29, 34 & 36), AND MOTION FOR SANCTIONS AGAINST DEFENDANT(S) FOR NON-COMPLIANCE OF DISCOVERY ORDERS.
Filed by: PLAINTIFF   on 12/28/06   Document  50
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANTS   on 1/23/07   Doc.# 54
_____   on _____   Doc.# ____
                WILLIAM M. McCOOL, CLERK OF COURT

                /s/ Teresa Cole
                Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 30th day of January, 2007, that:

(a) The requested relief is GRANTED in part as follows.  Defendants shall serve their answers to interrogatories and request for production of documents within twenty days.  Within that same time period, defendants shall file amended answers to plaintiff's request for admissions which strictly conform to Rule 36(a) of the Federal Rules of Civil Procedure.

(b) Plaintiff's motion is DENIED in all other respects.

                                            /s/ *Miles Davis*
                                            MILES DAVIS
                                            UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____   By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
_____

                                  Document No.