# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RUSSELL T. NEAL,

    VS                                                                  CASE NO. 3:06cv8/RV/MD

OFFICER CASSIDY, ET AL

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   February 26, 2007
Type of Motion/Pleading: MOTION FOR RULE 37 SANCTIONS
Filed by: PLAINTIFF   on 2/22/07   Document 59
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANTS   on 2/26/07   Doc.# 61
  on   Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

## ORDER

Upon consideration of the foregoing, it is ORDERED this 2nd day of March, 2007, that:

(a) The requested relief is DENIED.

(b) Plaintiff shall file his response to defendants' special report (doc. 22) on or before April 2, 2007. In preparing his response, plaintiff should refer to this court's November 8, 2006 order (doc. 41).

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.