## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**RUSSELL T. NEAL,**
      **Plaintiff,**

**vs.**                                    **Case No.  3:06cv8/RV/MD**

**OFFICER CASSIDY, et al.,**
      **Defendants.**
_____

## O R D E R

      This cause is before the court upon plaintiff filing an amended motion for Rule 37 sanctions (doc. 63) and objections to this court's order denying plaintiff's previous motion for sanctions (doc. 64).   Plaintiff's motion for sanctions is premature.  He must first file a motion to compel which complies with the Federal Rules of Civil Procedure and this court's Local Rules.   Specifically, Local Rule 26.2(B) provides:

> Motions to compel discovery in accordance with Fed. R. Civ. P. 33, 34, 36, and 37 shall (1) quote verbatim each interrogatory, request for admission, or request for production to which objection is taken, (2) quote in full the opponent's specific objection, and (3) state the reasons such objection should be overruled and the motion granted.

The same applies when a motion to compel is based on the answering party's failure to sufficiently disclose, answer or respond.

      Accordingly, it is ORDERED:

      1.  Plaintiff's amended motion for Rule 37 sanctions (doc. 63) is DENIED AS PREMATURE.

      2.  If plaintiff intends to file a motion to compel discovery, he shall do so within thirty (30) days of the date of this order.  Such motion shall comply with the Federal Rules of Civil Procedure and this court's Local Rules.  Failure to file a motion to

compel within this time period will result in discovery being deemed complete (at least as to plaintiff), and plaintiff being required to file a response to defendants' special report without further delay.

**DONE AND ORDERED this 20th day of March, 2007.**

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**