# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RUSSELL T. NEAL,

    VS                                        CASE NO. 3:06cv8/RV/MD

OFFICER CASSIDY, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on  May 17, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME UNTIL 5/31/2007 IN WHICH TO FILE RESPONSE TO THE PLAINTIFF'S MOTION TO COMPEL.
Filed by: DEFENDANTS   on 5/16/07   Document 72
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                   on            Doc.# 
                                   on            Doc.#
                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   /s/ Teresa Cole
                                   Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 17th day of May, 2007, that:

(a)    The requested relief is GRANTED.

(b)    

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.