IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RUSSELL T. NEAL,**
     **Plaintiff,**

**vs.**                            **Case No.  3:06cv8/RV/MD**

**OFFICER CASSIDY, et al.,**
     **Defendants.**
_____

## O R D E R

     This cause is before the court upon plaintiff filing a document titled "Objections to the Order of the Court," (doc. 78), which the Clerk has docketed as a response to the court's order (doc. 76) granting in part plaintiff's motion to compel discovery.  The sole objection raised by plaintiff is that defendants did not serve him with a copy of their response to the motion to compel (doc. 75), and that this court considered the response without plaintiff being aware of its contents.

     Upon review of the certificate of service attached to defendants' response to the motion to compel (doc. 75), the court finds that it is, indeed, deficient in that it does not state the date on which it was served upon plaintiff.  N.D. Fla. Loc. R. 5.1(D) (requiring that the certificate of service specify the date of service).  Ordinarily, the court would not have considered defendants' response until this deficiency was corrected.  However, because reply memoranda are generally not authorized, *see* N.D. Fla. Loc. R. 7.1(C), the court discerns no basis for vacating its order solely because plaintiff did not have the opportunity to reply.  Nonetheless, plaintiff is entitled to a copy of their response.

Accordingly, it is ORDERED:

Within **ten (10) days** of the docketing date of this order, defendants shall file with the court a certificate of service certifying that a copy of their response (doc. 75) has been served upon plaintiff at his address of record.

DONE AND ORDERED this 23rd day of July, 2007.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**