IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
    Plaintiff,

vs.                                    CASE NO. 3:06cv8/RV/MD

OFFICER CASSIDY, et al.,
    Defendants.

## O R D E R

    Plaintiff, an inmate proceeding *pro se* and *in forma pauperis*, has filed a second amended complaint and a service copy for defendant Robert Stanley as directed by the court.  Service of the complaint upon this defendant shall therefore be ordered, and defendant Stanley shall be required to respond.  Plaintiff shall not file any reply to defendant Stanley's response until ordered to do so by the court.

    Accordingly, it is ORDERED:

    1.    The docket shall reflect that there are **four (4)** defendants in this action: **Officer Bill Cassidy, Officer Erik Sormrude, Captain Darrell Goddin and Sergeant Robert Stanley.**

    2.    The clerk shall issue summons, indicating that defendant Stanley has 60 days in which to file a responsive pleading (which in this case will be a motion for summary judgment or special report as detailed *infra*), and refer the summons to the United States Marshal along with the service copy of the second amended complaint.

    3.    The clerk shall also send the Marshal a copy of this order for defendant Stanley.

4. Pursuant to Rule 4(c), Federal Rules of Civil Procedure, **Jeffrey Skipper** is specially appointed to serve process upon defendant Stanley at **Walton Correctional Institution**.

5. Within thirty (30) days from the docketing date of this order, the United States Marshal or a Deputy United States Marshal shall serve the summons, the copy of the second amended civil rights complaint and this order upon defendant Stanley.  Service shall be accomplished by mailing these documents by regular mail to the above named special process server, who shall serve the second amended complaint.  All costs of service shall be advanced by the United States.

6. Within ten (10) days after receipt of the second amended complaint and this order, the special process server shall serve the second amended complaint upon defendant Stanley, complete and **sign** the return of service, and **return** it to the <u>clerk of court</u> as proof of service.  Defendant Stanley shall also sign the return of service as an acknowledgment of receipt of service.

7. Within ten (10) days after receipt of the second amended complaint and this order, if defendant Stanley is no longer employed at the Institution, the server shall report this information to the clerk of the court.  **If service is returned unexecuted, or if the return is not filed within forty-five (45) days from the date of this order, the clerk shall immediately refer the file to chambers.**

8. Upon receipt of the complaint, defendant Stanley shall review the subject matter of the complaint in order to:

>   a. Ascertain the facts and circumstances surrounding the complaint;
>
>   b. Consider whether any action should be taken directly by prison officials to resolve the issues raised in the complaint; and
>
>   c. Determine whether other, similar complaints, whether pending in this court or elsewhere, should be considered together.

9. Within **sixty (60) days** of receipt of the summons, defendant Stanley shall respond to the complaint either by filing a motion for summary judgment based on plaintiff's failure to exhaust administrative remedies or by filing a special report with the court, and a copy thereof to plaintiff, containing the following:

    a. Sworn statements of all persons having knowledge and relevant information of the subject matter of the complaint. (Authorization is hereby granted to interview all witnesses to the events of the complaint, including the plaintiff.)

    b. Copies of any written reports prepared as a result of investigation of the inmate's allegations.

    c. All defenses, including immunity defenses. If not listed, such defenses may be considered waived.

    d. Where relevant, copies of medical or psychological or disciplinary records.

    e. Where applicable, copies of relevant administrative rules, regulations or guidelines.

Defendant Stanley is advised that, at some time in the future upon notice of the court, the special report may be deemed a motion for summary judgment. Therefore, in addition to the above-mentioned items, the special report shall be in compliance with Local Rule 56.1, and shall include all FED.R.CIV.P. 56 materials defendant Stanley wishes the court to consider.[1]

    10. No answer, motion to dismiss, motion for summary judgment, or request for discovery shall be served or filed by any party without permission of the court, except as set forth above.

    11. Plaintiff shall not file a reply to defendant Stanley's motion for summary judgment or special report until ordered to do so by the court.

    12. Once a special report is filed, no amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules, the plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint.

    13. After the special report or other response to the complaint has been filed, the plaintiff shall be required to mail to the attorney for defendants a copy of every pleading or other paper, including letters, submitted for consideration by the court. The plaintiff shall include with the original paper to be filed with the Clerk a "certificate of service" stating the date a correct copy of the paper was mailed to defendants or to the attorney representing

---

[1] The special report must contain a short and concise statement of the material facts and shall not merely re-assert plaintiff's allegations.

*Case No: 3:06cv344/MCR/MD*

defendants.  **Any paper so submitted for filing that does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court**.

      14.   In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to the plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If plaintiff wishes to consent he should sign the form and forward it to counsel for the defendants, who shall return it to the clerk only if the defendants also consent.

      DONE AND ORDERED this 22nd day of October, 2007.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:06cv344/MCR/MD*