IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
     Plaintiff,

vs.                        CASE NO. 3:06cv8/RV/MD

OFFICER CASSIDY, et al.,
     Defendants.

_____

O R D E R

     This cause is before the court upon defendants' motion to strike plaintiff's amended complaint.  (Doc. 103).  Before the court rules on this matter, plaintiff shall be required to file a response.

     Accordingly, it is ORDERED:

     Plaintiff shall, within twenty (20) days from the date of this order, file a response to defendants' motion (doc. 103).  Failure to file a response will result in the motion being granted.

     DONE AND ORDERED this 18th day of December, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE