## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

RUSSELL T. NEAL

    VS                                                                                                    CASE NO.  3:06cv8-RV/MD

CASSIDAY, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on   02/26/2009
Type of Motion/Pleading PETITION TO DEPOSE / PERPETUATE TESTIMONY
Filed by: plaintiff           on 2/25/09       Doc. No. 183
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                                            on _____   Doc. No. _____
                                                            on _____   Doc. No. _____
                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                 /s/  *C. Justice*
                                                 Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   27th   day of
 February                          , 2009, that:

(a)    The requested relief is DENIED.

(b)    Rule 27, Fed.R.Civ.P., is not applicable to this pending proceeding. Plaintiff's attention is directed to the order entered on January 12, 2009 (doc. 108).

                                                 /s/   *Roger Vinson*
                                                 ROGER VINSON
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                           Document No.