# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RUSSELL T NEAL

    VS                                           CASE NO.  3:06cv8-RV/MD

CASSIDAY, et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  03/11/2009
Type of Motion/Pleading MOTION TO INVOKE RULE OF SEQUESTER
Filed by: PLAINTIFF          on 3/10/09     Doc. No. 197
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on _____ Doc. No. _____
                                            on _____ Doc. No. _____
                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            */s/Donna Bajzik*
                                            Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  11th   day of  March           , 2009, that:

(a)    The requested relief is GRANTED.

(b)    Rule 615, Fed. R. Evid. Will be applied at trial, as modified by me at the time of trial.

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE