# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

RUSSELL T NEAL

     VS                                    CASE NO.  3:06CV8-RV/MD

OFFICER CASSIDAY, ET AL.

### REFERRAL AND ORDER

Referred to Judge Vinson on  04/14/2009

Type of Motion/Pleading MOTION FOR NEW TRIAL

Filed by: PLAINTIFF            on 4/13/09          Doc. No. 227

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

_____  on _____  Doc. No. _____

_____  on _____  Doc. No. _____

                               WILLIAM M. McCOOL, CLERK OF COURT

                               */s/Donna Bajzik*

                               Deputy Clerk: Donna Bajzik

### ORDER

Upon consideration of the foregoing, it is ORDERED this   17th  day of

  April                , 2009, that:

(a)  The requested relief is DENIED.

(b)  There were no errors in the trial and the evidence supported

     The jury's verdict.

                               */s/ Roger Vinson*

                               ROGER VINSON

                               SENIOR UNITED STATES DISTRICT JUDGE